1   Carolyn Taylor, Esq. (SBN 159347)
    ctaylor@mpplaw.com
2   Tammara N. Tukloff, Esq. (SBN 192200)
    ttukloff@mpplaw.com
3   **MORRIS POLICH & PURDY LLP**
    600 W. Broadway, Suite 500
4   San Diego, CA 92101
    Telephone:   (619) 557-0404
5   Facsimile:   (619) 557-0460

6   Attorneys for Defendants
    BRENN DISTRIBUTION, INC. f/k/a
7   PROPST DISTRIBUTION, INC. f/k/a
    QUALITEST PHARMACEUTICALS, INC.; and
8   BRENN MANUFACTURING, INC. f/k/a
    VINTAGE PHARMACEUTICALS, INC.
9

10

11                  **UNITED STATES DISTRICT COURT**

12                  **EASTERN DISTRICT OF CALIFORNIA**

13                         **FRESNO DIVISION**

14   EDWARD BALTAZAR, et al.          | CASE NO.: 1:12-CV-01917-AWI-BAM

15          Plaintiffs,

16                                    | Assigned to Hon. Anthony W. Ishii
     v.
17                                    | **STIPULATED REQUEST TO
                                        EXTEND DEFENDANTS' TIME
18   MCKESSON CORPORATION, et al.,      TO RESPOND TO PLAINTIFFS'
                                        COMPLAINT PENDING
19          Defendants.                 RESOLUTION OF MOTION TO
                                        REMAND; [PROPOSED] ORDER**
20

21

22       WHEREAS, Plaintiffs' Complaint was filed in Fresno County Superior Court on

23   November 15, 2012;

24       WHEREAS, this action was removed by Defendants BRENN DISTRIBUTION,

25   INC.   f/k/a   PROPST   DISTRIBUTION,   INC.   f/k/a   QUALITEST

26   PHARMACEUTICALS,   INC.   and   BRENN   MANUFACTURING,   INC.   f/k/a

27

28   SD195426.DOC                    1              1:12-CV-01917-AWI-BAM

1  VINTAGE PHARMACEUTICALS, INC. to the United States District Court for the

2  Eastern District of California on November 26, 2012 [Docket No. 1];

3         WHEREAS, Plaintiffs filed a Motion to Remand on January 31, 2013 [Docket

4  No. 9], and the hearing on Plaintiffs Remand Motion set for March 15, 2013 has been

5  stayed pending a decision from the MDL;

6         WHEREAS, various defendants have been served in the intervening time period

7  with response deadlines likely to occur prior to the ruling on the pending motion to

8  remand;

9         IT IS HEREBY AGREED AND STIPULATED by and between Defendants and

10 Plaintiffs, through their respective attorneys of record, that:

11        In the interest of judicial economy, and upon the Court's entry of an order upon

12 this stipulation (Proposed Order submitted concurrently herewith), any Defendants who

13 have an upcoming deadline to respond to the Complaint shall have that deadline

14 continued until thirty (30) days after the entry of any court order denying Plaintiffs'

15 Motion to Remand.  If Plaintiffs' Remand Motion is granted, the parties agree that the

16 time for Defendants to respond to the Complaint shall be governed by the California

17 Code of Civil Procedure, stipulation of counsel, and/or other court order.

18

19 Dated:  April 4, 2013              **KHORRAMI LLP**

20

21                                    By: /s/ Elise Rochelle Sanguinetti
                                          (as authorized on 04/04/2013)
22                                        Elise Rochelle Sanguinetti
                                          Attorneys for Plaintiffs
23

24

25

26

27

28  SD195426.DOC                          2                1:12-CV-01917-AWI-BAM

1    Dated:  April 4, 2013                 **MORRIS POLICH & PURDY LLP**

2

3                                          By:_/s/ Tammara N. Tukloff_____
                                               Carolyn Taylor
4                                              Tammara N. Tukloff
                                               Attorneys for Defendants
5                                              BRENN DISTRIBUTION, INC. f/k/a
                                               PROPST DISTRIBUTION, INC. f/k/a
6                                              QUALITEST PHARMACEUTICALS,
                                               INC.; and BRENN MANUFACTURING,
7                                              INC. f/k/a VINTAGE
                                               PHARMACEUTICALS, INC.
8

9

10

11   Dated:  April 4, 2013                 **GOODMAN NEUMAN HAMILTON LLP**

12

13                                         By:_/s/  Patricia L. Bonheyo_____
                                               (as authorized on 04/04/2013)
14                                             Farley J. Neuman
                                               fneuman@gnhllp.com
15                                             Pavan L. Rosati
                                               prosati@gnhllp.com
16                                             Patricia L. Bonheyo
                                               pbonheyo@gnhllp.com
17                                             417 Montgomery Street, 10th Floor
                                               San Francisco, CA 94104
18                                             Tel. (415) 705-0400
                                               Fax. (415) 705-0411
19                                             Attorneys for Defendant
                                               MCKESSON CORPORATION
20

21

22

23

24

25

26

27

28   SD195426.DOC                                  3              1:12-CV-01917-AWI-BAM
                       STIPULATED REQUEST TO EXTEND DEFENDANTS' TIME
                      TO RESPOND TO PLAINTIFFS' COMPLAINT; [PROPOSED ORDER]

1     Dated:  April 4, 2013                  **SEEGER SELVAS LLP**

2

3                                            By:__/s/ Adam R. Salvas_____
                                                  (as authorized on 04/04/2013)
4                                                 Kenneth M. Seeger
                                                  kseeger@seegersalvas.com
5                                                 Adam R. Salvas
                                                  asalvas@seegersalvas.com
6                                                 455 Market Street, Suite 1530
7                                                 San Francisco, CA 94105
                                                  Tel. (415) 981-9260
8                                                 Fax. (415) 981-9266
                                                  Attorneys for Defendants
9                                                 VINTAGE PHARMACEUTICALS, LLC;
10                                                GENERICS INTERNATIONAL (US), INC.;
                                                  GENERICS BIDCO I, LLC; GENERICS
11                                                BIDCO II, LLC; GENERICS
12                                                INTERNATIONAL (US PARENT), INC.;
                                                  ENDO PHARMACEUTICALS, INC.; and
13                                                ENDO PHARMACEUTICALS HOLDINGS,
14                                                INC.

15

16

17    Dated:  April 4, 2013                  **SEDGWICK LLP**

18

19                                           By:__/s/ Christopher P. Norton_____
                                                  (as authorized on 04/04/2013)
20                                                Karen Woodward
                                                  karen.woodward@sedgwicklaw.com
21                                                Christopher P. Norton
                                                  christopher.norton@sedgwicklaw.com
22                                                801 S. Figueroa Street, 19th Floor
23                                                Los Angeles, CA  90017
                                                  Tel. (213) 426-6900
24                                                Fax. (213) 426-6921
25                                                Attorneys for Specially Appearing Defendant
                                                  XANODYNE PHARMACEUTICALS, INC.
26

27

28    SD195426.DOC                                4              1:12-CV-01917-AWI-BAM
                   STIPULATED REQUEST TO EXTEND DEFENDANTS' TIME
                 TO RESPOND TO PLAINTIFFS' COMPLAINT; [PROPOSED ORDER]

1

2    Dated:  April 4, 2013                     **SPENCER, LLP**
                                              **PIETRAGALLO GORDON ALFANO**
3                                             **BOSICK & RASPANTI, LLP**

4

5                                             By: /s/ Emily J. Hicks_____

6                                                  (as authorized on 04/04/2013)
                                                  Julian G. Senior (SBN 219098)
7                                                  jsenior@spencerllp.com
                                                  David C. Shay (SBN 241702)
8                                                  dshay@spencerllp.com
                                                  SPENCER, LLP
9                                                  1600 Rosecrans Ave., Bldg. 7 – Ste. 320
                                                  Manhattan Beach, CA 90266
10                                                 Tel. (310) 727-3330
                                                  Fax. (310) 727-3331
11

12

13                                                 Emily J. Hicks (SBN 232155)
                                                  ejh@pietragallo.com
14                                                 PIETRAGALLO GORDON ALFANO
                                                  BOSICK & RASPANTI, LLP
15                                                 One Oxford Centre, 38th Floor
                                                  Pittsburgh, PA 15219
16                                                 Tel. (412) 263-4356
                                                  Fax. (412) 263-4247
17

18

19                                                 Attorneys for Defendants
                                                  MYLAN INC. and MYLAN
20                                                 PHARMACEUTICALS INC.

21

22

23

24

25

26

27

28    SD195426.DOC                          5              1:12-CV-01917-AWI-BAM
                    STIPULATED REQUEST TO EXTEND DEFENDANTS' TIME
                 TO RESPOND TO PLAINTIFFS' COMPLAINT; [PROPOSED ORDER]

1  Dated:  April 4, 2013                         **GORDON & REES LLP**

2

3                                              By: /s/ Kai Peters_____
                                                   (as authorized on 04/04/2013)
4                                                  Kai Peters (SBN 198516)
                                                   kpeters@gordonrees.com
5                                                  275 Battery Street, Suite 2000
                                                   San Francisco, CA 94111
6                                                  Tel. (415) 986-5900
                                                   Fax. (415) 986-8054
7
                                                   Attorneys for
8                                                  CORNERSTONE BIOPHARMA
                                                   HOLDINGS, INC.
9

10

11           **IT IS SO ORDERED,**

12

13
    Dated:  _____, 2013
14                                              _____
                                                Honorable Anthony W. Ishii
15                                              Judge of the United States District Court

16

17

18

19

20

21

22

23

24

25

26

27

28  SD195426.DOC                          6              1:12-CV-01917-AWI-BAM
    STIPULATED REQUEST TO EXTEND DEFENDANTS' TIME
    TO RESPOND TO PLAINTIFFS' COMPLAINT; [PROPOSED ORDER]

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court, Eastern District of California via the CM/ECF system on **April 4, 2013**. CM/ECF Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 4, 2013.

Lisa K. Leão

STIPULATED REQUEST TO EXTEND DEFENDANTS' TIME
TO RESPOND TO PLAINTIFFS' COMPLAINT; [PROPOSED ORDER]