**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EDWARD BALTAZAR, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MCKESSON CORPORATION, et al., <br><br> Defendants. | Case No. 1:12-cv-01917-LJO-SKO <br><br> **ORDER GRANTING JOINT MOTION TO DISMISS THE CLAIMS OF ALL PLAINTIFFS AGAINST ELI LILLY AND COMPANY ONLY (Doc. 52)** |

The parties have filed a joint motion to dismiss the claims of all Plaintiffs ("Dismissed Plaintiffs") against Eli Lilly and Company ("Lilly") in this action. Being sufficiently advised, it is hereby

**ORDERED** as follows:

That the joint motion for an order to dismiss the claims of all plaintiffs against Lilly is the above-captioned action is hereby GRANTED, and the following plaintiffs' claim against Lilly are dismissed with prejudice, with each party to bear his or its own costs: Edward Baltazar, Rocky Abernathy, Deanna Bell, Sandra Boelter, Yvonne Bricker, Carolyn Brown, Pamela Cinnamon, Judy H. Clark, Essie Cole, Nicholas Coppa, Jr., Bobbie Dennis, Janice DeWitt, Dorothy Edwards, Brenda Engst, Maria Estrada, Timothy Evans, Ericka Graves, Brenda Grouleau, Valdemar Guadiana, Kathy Hall, Robert Hudson, Timothy Jernigan, Adam Jordan, Constance Kasper, Constance Keefer (Individually and as next of

kin to Melody Moore), Pamela Kelly, Diana Lopez, Marilyn McCormick, Robert McNeal, Sr., Paula Missey, Kimberly Motes, Kermit Nyen (Individually and as next of kin to Victoria Nyen), Regulo Ortiz, Jr. (Individually and as next of kin to Regulo Ortiz, Sr.), Joye Osborne, Melonie Powell, Shannon Utter (Individually and as next of kin to David Utter), Barbara Villapando-Baxter, Paul Visor and Pamela Zahn.

IT IS SO ORDERED.

Dated:   **March 18, 2016**          **/s/ Lawrence J. O'Neill**
                                 UNITED STATES DISTRICT JUDGE